FIRESTONE TIRE AND RUBBER COMPANY, Appellant, v. PAUL W. STARK and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 1, TOWN OF NEW ALBION, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

INTERNATIONAL RAILWAY COMPANY, Respondent, v. TOWN OF CHEEKTOWAGA, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. ANDERSON GRAIN COMPANY, INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MARY CAVENEY, Respondent, v. McCRORY STORES CORPORATION, MARTHA B. MOORE and ERNEST C. MOORE, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PATRICK CAVENEY, Respondent, v. McCRORY STORES CORPORATION, MARTHA B. MOORE and ERNEST C. MOORE, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NEIL & PARMELEE Co., INC., Respondent, v. JOHN KITCHIN, Appellant, Impleaded with Another, Defendant.— Judgment of Monroe County Court and of City Court reversed on the law, with costs, and plaintiff's complaint dismissed, with costs in all courts. It is undisputed that the plaintiff broker, disobeyed the instructions of the defendant by delivering the sale contract without requiring the purchaser to make a deposit of $500. The action is upon an express contract which required such deposit and that fact is admitted by the plaintiff. The plaintiff is in the position of suing upon an express contract containing an important condition which it has not fulfilled and which it does not allege or prove that defendant waived. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LILLIAN LAPIDES, Respondent, v. MARY SPENCER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHILIP LAPIDES, Respondent, v. MARY SPENCER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAIRYMEN'S PROTECTIVE ASSOCIATION, Appellant, v. ROBERT J. McNEILY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.